# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMAAN J. IMANI,

Defendant.

Case No. 22-CR-164-JPS

**ORDER**

On August 16, 2022, the Grand Jury returned a three-count Indictment, charging Defendant with violating 18 U.S.C. §§ 922(g)(1), 924(a)(2) and (c)(1)(A)(i), and 21 U.S.C. §§ 841(a)(1) and (b)(1)(c). ECF No. 1. On March 13, 2023, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to Counts One and Two of the Indictment. ECF No. 19.

The parties appeared before Magistrate Judge Stephen C. Dries on August 16, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 29. Defendant entered a plea of guilty as to Counts One and Two in the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. ECF No. 30.

On August 16, 2023, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* Defendant, through counsel, notified the Court that he would not be filing any objection to the report and recommendation. ECF No. 31. The Court has considered Magistrate Judge Dries's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 30, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 18th day of August, 2023.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge